IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARETTA AILEEN SIMPSON                                            PLAINTIFF

v.                         Case No. 15-6101

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                    DEFENDANT

### ORDER

Now on this 23rd day of December 2015, there comes on for consideration the report and recommendation filed herein on November 30, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Nonsuit (doc. 6) is GRANTED and this case is DISMISSED without prejudice. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (doc. 2) is DENIED AS MOOT.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**